UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---------------------------------------------------- x
CHARLES CRABLE,

              Plaintiff,

    - against -

PREMIER BATHS, INC. d/b/a PREMIER
CARE IN BATHING, and BILL KELLY,

              Defendants.
---------------------------------------------------- x

Case No. 6:16-cv-544 (RBD/TBS)

DECLARATION

**I, MICHAEL J. GOETTIG, STATE AS FOLLOWS:**

    1.    I am an attorney with the law firm of Davis Wright Tremaine LLP ("DWT"). On April 27, 2016, the Court granted my motion to withdraw as attorney of record for defendants Premier Baths, Inc. and Bill Kelly (see Docket #51), and addressed the objections of plaintiff Charles Crable ("Crable") to my withdrawal (see Docket #53).

    2.    I am in receipt of Crable's supplemental declaration dated April 28 (the "Supplemental Declaration") and related exhibits (see Docket #57, 57-1). It is my understanding that the Supplemental Declaration has been rendered moot by the Court's prior Orders (see Docket #51, 53).

    3.    As neither DWT nor I have any ongoing involvement with this matter, I will provide no further response to the Supplemental Declaration (other than to note that it is replete with inaccurate allegations and unfounded claims of professional impropriety) or any other documents that Crable may file, absent a request for such a response by the Court.

Dated: New York, New York.
          May 4, 2016

Respectfully submitted,

By: _____
    Michael J. Goettig

DWT 29408211v1 0099276-000008

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

-------------------------------------------------- x

CHARLES CRABLE,

        Plaintiff,

- against -

PREMIER BATHS, INC. d/b/a PREMIER
CARE IN BATHING, and BILL KELLY,

        Defendants.

-------------------------------------------------- x

Case No. 6:16-cv-544 (RBD/TBS)

**CERTIFICATE OF SERVICE**

**STATE OF NEW YORK** )
                       ) ss.:
**COUNTY OF NEW YORK** )

        **LOUANNE B. GUISURAGA**, being duly sworn, hereby deposes and says as follows:

    1.    I am not a party to this action, am over eighteen years of age, and reside in Monroe, New York.

    2.    On May 4, 2016, I caused a true and correct copy of the foregoing Declaration to be served upon the following parties by First Class U.S. Mail:

Charles Crable
5529 State Route 221
Cincinnatus, New York 13040-9687

Premier Baths, Inc.
2330 S. Nova Road
South Daytona, Florida 32119

Bill Kelly
97 Old Shannock Road
Charlestown, Rhode Island 02813

                                                              _____
                                                               Louanne B. Guisuraga

Sworn to and subscribed before me on
this 4th day of May 2016

_____
Notary Public

SHIRLEY WONG
Notary Public, State of New York
No. 01WO6088427
Qualified in Queens County
Commission Expires March 31, 2019